Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

**IT IS SO ORDERED**
Judge Edward J. Davila
6/28/2013

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | Case No. 5:13-cv-01633-EJD |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION AS TO DEFENDANTS JOSEPH V. MATHEW AND MARY V. MATHEW ONLY** |
| vs. | |
| JOSEPH V. MATHEW, Trustee of the Mathew Family Trust, et al.; | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice **as to Defendants, Joseph V. Mathew, Trustee of the Mathew Family Trust, and Mary V. Mathew, Trustee of the Mathew Family Trust only**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: June 26, 2013                             MOORE LAW FIRM, P.C.

                                                             */s/ Tanya E. Moore*
                                                             Tanya E. Moore
                                                             Attorneys for Plaintiff
                                                             Cecil Shaw

*Shaw v. Mathew, et al.*
Notice of Voluntary Dismissal of Action as to Defendants Joseph V. Mathew and Mary V. Mathew Only
Page 1