1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw

*IT IS SO ORDERED*
*Judge Edward J. Davila*
6/28/2013

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>          Plaintiff,<br><br>     vs.<br><br>JOSEPH V. MATHEW, Trustee of the Mathew Family Trust, et al.;<br><br>          Defendants. | Case No. 5:13-cv-01633-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION AS TO DEFENDANTS JOSEPH V. MATHEW AND MARY V. MATHEW ONLY** |

   WHEREAS, no Defendant has filed an answer or motion for summary judgment;

   WHEREAS, no counterclaim has been filed;

   Plaintiff hereby dismisses this action with prejudice **as to Defendants, Joseph V. Mathew, Trustee of the Mathew Family Trust, and Mary V. Mathew, Trustee of the Mathew Family Trust only**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: June 26, 2013                    MOORE LAW FIRM, P.C.


                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorneys for Plaintiff
                                       Cecil Shaw

*Shaw v. Mathew, et al.*
Notice of Voluntary Dismissal of Action as to Defendants Joseph V. Mathew and Mary V. Mathew Only
Page 1