IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW<br><br>   Plaintiff,<br><br> v.<br><br>JOSEPH MATHEW ET AL,<br><br>   Defendant. | No. 5:13-cv-001633-EJD<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

  The parties, having settled fully at mediation on **October 8, 2013** (See Docket Item No. 22), are ordered to appear before the Honorable Edward J. Davila on **December 13, 2013 at 10:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **December 3, 2013**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

  The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **December 3, 2013.**

  All other pretrial deadlines and hearing dates are VACATED and any pending motions are TERMINATED.

  Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: October 10, 2013

                EDWARD J. DAVILA
                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CECIL SHAW,

        Plaintiff,

  v.

JOSEPH MATHEW, ET AL

        Defendant.

Case Number: CV13-01633 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 10, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hend Seddeek
952 West El Camino Real
Sunnyvale, CA 94087

Dated: October 10, 2013

                        Richard W. Wieking, Clerk
                        /s/ By: Elizabeth Garcia, Deputy Clerk