1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone: (408) 298-2000
Facsimile: (408) 298-6046
4 E-mail: tanya@moorelawfirm.com

5 Attorneys for Plaintiff
Cecil Shaw

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | No. 5:13-cv-01633-EJD |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION** ; ORDER THEREON |
| vs. | |
| JOSEPH V. MATHEW, Trustee of THE MATHEW FAMILY TRUST, et al., | |
| Defendants. | |

1   IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw, through his
2  attorney, and Defendant Hend Seddeek dba Baraka Halal Market, appearing in propria persona,
3  the remaining parties who have appeared in this action, that pursuant to Federal Rule of Civil
4  Procedure 41(a)(1)(A)(ii), this action be dismissed with prejudice.  Each party is to bear its own
5  attorneys' fees and costs.

6  Dated: November 26, 2013         MOORE LAW FIRM, P.C.

                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorneys for Plaintiff
                                    Cecil Shaw

11  Dated:  November 26, 2013        */s/ Hend Seddeek*
                                     Hend Seddeek
                                     Defendant in Propria Persona

## ORDER

The Stipulation is GRANTED and this case is DISMISSED WITH PREJUDICE.  The clerk shall close this file.
DATED: November 27, 2013

                                    _____
                                    EDWARD J. DAVILA
                                    United States District Judge