Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | No. 5:13-cv-01633-EJD |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION** ; ORDER THEREON |
| vs. | |
| JOSEPH V. MATHEW, Trustee of THE MATHEW FAMILY TRUST, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw, through his attorney, and Defendant Hend Seddeek dba Baraka Halal Market, appearing in propria persona, the remaining parties who have appeared in this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action be dismissed with prejudice.  Each party is to bear its own attorneys' fees and costs.

Dated: November 26, 2013         MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Cecil Shaw

Dated:  November 26, 2013         */s/ Hend Seddeek*
Hend Seddeek
Defendant in Propria Persona

**ORDER**

The Stipulation is GRANTED and this case is DISMISSED WITH PREJUDICE.  The clerk shall close this file.
DATED: November 27, 2013

EDWARD J. DAVILA
United States District Judge